IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



UNITED STATES OF AMERICA

v.  CRIMINAL NO. 5:19-cr 8 DCB-FKB

KELLIE FUQUA  18 U.S.C. § 201(b)(2)(C)

**The United States Attorney charges:**

That between January 1, 2016, and December 9, 2016, in Adams County in the Western Division of the Southern District of Mississippi and elsewhere, the defendant, **KELLIE FUQUA,** a public official, directly and indirectly, did corruptly demand, seek, receive, accept and agree to accept something of value, that is, United States currency, from an individual known to the United States Attorney, in return for being induced to do an act and omit to do an act in violation of her official duty, that is, providing prohibited objects to a federal inmate of a prison, all in violation of Title 18, United States Code, Section 201(b)(2)(C).

D. MICHAEL HURST, JR.
United States Attorney