CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: __WASHINGTON__

COUNTY: __ADAMS__

RELATED CASE INFORMATION:

SUPERSEDING INDICTMENT ____ DOCKET # __5:19-cr 8 DCB-FKB__
SAME DEFENDANT ____ NEW DEFENDANT ____
MAGISTRATE JUDGE CASE NUMBER ____
R 20/ R 40 FROM DISTRICT OF ____

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 20 2019
ARTHUR JOHNSTON
BY ____ DEPUTY

**DEFENDANT INFORMATION:**

JUVENILE: ___ YES __X__ NO

MATTER TO BE SEALED: ___ YES __X__ NO

NAME/ALIAS: __KELLIE FUQUA__

**U.S. ATTORNEY INFORMATION:**

AUSA: __DAVID H. FULCHER__   BAR # ____

INTERPRETER: __X__ NO ____ YES   LIST LANGUAGE AND/OR DIALECT: ____

**LOCATION STATUS:**   ARREST DATE ____

____ ALREADY IN FEDERAL CUSTODY AS OF ____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS:**

TOTAL # OF COUNTS: __1__   ____ PETTY ____ MISDEMEANOR __1__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:201A.F. | 18 USC §201(b)(2)(C) | Bribery of Public Official and Witnesses | 1 |

Date: __1/31/19__   SIGNATURE OF AUSA: __[signature]__

Revised 2/26/2010